# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUSAN FINGER,<br><br>  Plaintiff,<br><br>v.<br><br>SURFACE ONCOLOGY, INC., DENICE TORRES, CARSTEN BRUNN, JEFF GOATER, DAVID GRAYZEL, BEN HICKEY, RAMY IBRAHIM, ROBERT ROSS, ARMEN SHANAFELT, ELLIOTT SIGAL, and LAURIE STELZER,<br><br>  Defendants. | Case No. 1:23-cv-07180-JMF<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Susan Finger ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action"). Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated: September 7, 2023

Respectfully Submitted,

*/s/ Richard A. Acocelli*
Richard A. Acocelli
**ACOCELLI LAW, PLLC**
33 Flying Point Road, Suite 131
Southampton, NY 11968
Tel: (631) 204-6187
Email: racocelli@acocellilaw.com

*Attorneys for Plaintiff*

All pending motions are moot. All conferences are canceled. The Clerk of Court is directed to close the case.
SO ORDERED.

[signature]

September 8, 2023